UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI DERROUAZ,

        Petitioner,

v.

KEVIN RAYCRAFT, *et al.*,

        Respondents.

Case No. 26-cv-10440
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Petitioner and against Respondents.

        KINIKIA ESSIX
        CLERK OF COURT

By:    s/Holly A. Ryan_____
        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 8, 2026
Detroit, Michigan

1